IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNION HOME MORTGAGE CORP.,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-21804 |
| | ) | |
| **EMM LOANS, LLC** | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

Upon consideration of the parties' Joint Stipulation for Extension of Time to Respond to Complaint, it is this __30th__ day of November 2023 hereby:

ORDERED that EMM Loans, LLC shall respond to the Complaint by December 12, 2023.

_____
ANN MARIE DONIO, U.S.M.J.

4859-4110-2482, v. 4