| | |
|---|---|
| Regina S.E. Murphy<br>(NJ Bar No. 031712010)<br>BARNES & THORNBURG LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE  19801<br>Tel:   (302) 300-3434<br>Fax:  (302) 300-3456<br>Email: gigi.murphy@btlaw.com<br><br>Jason T. Clagg (admitted *pro hac vice*)<br>BARNES & THORNBURG LLP<br>888 South Harrison Street, Suite 600<br>Fort Wayne, IN  46802<br>Tel:  (260) 425-4657<br>Fax: (260) 424-8316<br>Email:  Jason.clagg@btlaw.com<br><br>*Attorneys for Plaintiff* | Zachary Glaser<br>(NJ Bar No. 034192000)<br>Offit Kurman<br>Ten Penn Center<br>1801 Market Street, Suite 2300<br>Philadelphia, PA 19103<br>zglaser@offitkurman.com<br><br>Daniel Trujullo Esmeral (admitted *pro hac vice*)<br>Offit Kurman<br>7501 Wisconsin Ave.<br>Suite 1000W<br>Bethesda, MD  20814<br>Daniel.Trujillo@offitkurman.com<br><br>*Attorneys for Defendant* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNION HOME MORTGAGE CORP., )<br>　　　　　　　　　　　　　　　　　)<br>　　　Plaintiff,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)  Case No.:<br>v.　　　　　　　　　　　　　　　　) 1:23−cv−21804−KMW−AMD<br>　　　　　　　　　　　　　　　　　) Judge Karen M. Williams<br>EMM LOANS, LLC,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　Defendant.　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　) | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 9, 2024, Text Order (D.I. 23), the parties submit this joint status report. The parties are conducting written discovery and have not

yet noticed or taken depositions in this proceeding, although there have been depositions taken in a related case, *Union Home Mortgage Corp. v. Christopher Fratelli*, Cause No. 1:23-cv-00857, including this week.

The parties have met and conferred regarding a variety of document collection and production issues in this case and are working together to resolve those issues. The parties anticipate that they will need an additional 90 days, until August 29, 2024, to complete fact discovery, including depositions, and respectfully request that the Court extend fact discovery accordingly.

Respectfully submitted,

Dated:  May 23, 2024

| BARNES & THORNBURG LLP | OFFIT KURMAN |
|---|---|
| /s/     *Regina S.E. Murphy*<br>Regina S.E. Murphy (NJ Bar No. 031712010)<br>222 Delaware Ave., Suite 1200<br>Wilmington, DE 19801<br>Phone: (302) 300-3475<br>Email: gigi.murphy@btlaw.com | /s/     *Zachary Glaser*<br>Zachary Glaser (NJ Bar No. 034192000)<br>Ten Penn Center<br>1801 Market Street, Suite 2300<br>Philadelphia, PA 19103<br>zglaser@offitkurman.com |
| Jason T. Clagg (*pro hac vice*)<br>888 South Harrison Street, Suite 600<br>Fort Wayne, IN  46802<br>Tel:  (260) 425-4657<br>Fax:  (260) 424-8316<br>Email:  Jason.clagg@btlaw.com | Daniel Trujullo Esmeral (*pro hac vice*)<br>7501 Wisconsin Ave.<br>Suite 1000 W<br>Bethesda, MD  20814<br>Daniel.Trujillo@offitkurman.com |
| *Attorneys for Plaintiff Union Home Mortgage Corp.* | *Attorneys for Defendant EMM Loans, LLC* |

## **CERTIFICATE OF SERVICE**

I, Regina S.E. Murphy, hereby certify that on this 23rd day of May 2024, a copy of the foregoing *Joint Status Report* was served on counsel of record via email and the Court's e-filing system as follows:

Zachary Glaser
Offit Kurman
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103
zglaser@offitkurman.com

Daniel Trujullo Esmeral
Offit Kurman
7501 Wisconsin Ave.
Suite 1000W
Bethesda, MD  20814
Daniel.Trujillo@offitkurman.com

                                                 */s/ Regina S.E. Murphy*
                                                 Regina S.E. Murphy