| | |
|---|---|
| Regina S.E. Murphy<br>(NJ Bar No. 031712010)<br>BARNES & THORNBURG LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE  19801<br>Tel:   (302) 300-3434<br>Fax:  (302) 300-3456<br>Email:  gigi.murphy@btlaw.com<br><br>Jason T. Clagg (admitted *pro hac vice*)<br>BARNES & THORNBURG LLP<br>888 South Harrison Street, Suite 600<br>Fort Wayne, IN  46802<br>Tel:  (260) 425-4657<br>Fax: (260) 424-8316<br>Email:  Jason.clagg@btlaw.com<br><br>*Attorneys for Plaintiff* | Zachary Glaser<br>(NJ Bar No. 034192000)<br>Offit Kurman<br>Ten Penn Center<br>1801 Market Street, Suite 2300<br>Philadelphia, PA 19103<br>zglaser@offitkurman.com<br><br>Daniel Trujullo Esmeral (admitted *pro hac vice*)<br>Offit Kurman<br>7501 Wisconsin Ave.<br>Suite 1000W<br>Bethesda, MD  20814<br>Daniel.Trujillo@offitkurman.com<br><br>*Attorneys for Defendant* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNION HOME MORTGAGE CORP.,<br><br>     Plaintiff,<br><br>v.<br><br>EMM LOANS, LLC,<br><br>     Defendant. | )<br>)<br>)<br>)<br>) Case No.:<br>) 1:23−cv−21804−KMW−AMD<br>) Judge Karen M. Williams<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT AND REQUEST FOR STAY**

Pursuant to the Court's July 15, 2024, Text Order (D.I. 27), the parties submit this joint status report. The parties are conducting written discovery and

have not yet noticed or taken depositions in this proceeding, although there have been depositions taken in a related case, *Union Home Mortgage Corp. v. Christopher Fratelli*, Cause No. 1:23-cv-00857 Civ. No. 23-857 (N.D. Ohio) (the "Fratelli case").

The parties are still working together to resolve various document production issues in this matter.  On June 5, 2024, there was a hearing on Plaintiff Union Home Mortgage Corp.'s ("Plaintiff") motion for preliminary injunction in the Fratelli case.  The court in that case ordered post-hearing briefing that will be completed on August 5, 2024.

Because resolution of the preliminary injunction motion will help clarify the parties' positions here, the parties respectfully request that this Court stay this matter until 45 days after a decision on the preliminary injunction proceeding to facilitate efficiencies.

A proposed form of order is being filed contemporaneously with this status report.

Respectfully submitted,

Dated:  July 22, 2024

| BARNES & THORNBURG LLP | OFFIT KURMAN |
|---|---|
| */s/     Regina S.E. Murphy*<br>Regina S.E. Murphy (NJ Bar No. 031712010)<br>222 Delaware Ave., Suite 1200 | */s/  Zachary Glaser*<br>Zachary Glaser (NJ Bar No. 034192000)<br>Ten Penn Center |

2

| | |
|---|---|
| Wilmington, DE 19801<br>Phone: (302) 300-3475<br>Email: gigi.murphy@btlaw.com | 1801 Market Street, Suite 2300<br>Philadelphia, PA 19103<br>zglaser@offitkurman.com |
| Jason T. Clagg (*pro hac vice*)<br>888 South Harrison Street, Suite 600<br>Fort Wayne, IN  46802<br>Tel:   (260) 425-4657<br>Fax:  (260) 424-8316<br>Email:  Jason.clagg@btlaw.com | Daniel Trujullo Esmeral (*pro hac vice*)<br>7501 Wisconsin Ave.<br>Suite 1000 W<br>Bethesda, MD  20814<br>Daniel.Trujillo@offitkurman.com |
| *Attorneys for Plaintiff Union Home Mortgage Corp.* | *Attorneys for Defendant EMM Loans, LLC* |

2

## **CERTIFICATE OF SERVICE**

I, Regina S.E. Murphy, hereby certify that on this 22nd day of July 2024, a copy of the foregoing *Joint Status Report* was served on counsel of record via email and the Court's e-filing system as follows:

Zachary Glaser
Offit Kurman
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103
zglaser@offitkurman.com

Daniel Trujullo Esmeral
Offit Kurman
7501 Wisconsin Ave.
Suite 1000W
Bethesda, MD  20814
Daniel.Trujillo@offitkurman.com

/s/ *Regina S.E. Murphy*
Regina S.E. Murphy