[D.I. 59]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| UNION HOME MORTGAGE CORP., <br><br> Plaintiff, <br><br> v. <br><br> EMM LOANS, LLC, <br><br> Defendant. | Civil No. 23-21804 (KMW/AMD) |

**ORDER**

This matter having come before the Court by way of motion [D.I. 59] of Plaintiff to compel Defendant to produce discovery; and the Court having conducted a hearing on the motion on March 27, 2026, at which time Marquis Whitney, Sr., Esquire appeared on behalf of Plaintiff, and Zachary Charles Glaser, Esquire appeared on behalf of Defendant; and for the reasons set forth on the record on March 27, 2026; and good cause appearing for the entry of the within Order:

IT IS on this **27th** day of **March 2026**, hereby **ORDERED**:

1. Plaintiff's motion [D.I. 59] to compel is **GRANTED IN PART** and **RESERVED IN PART**, as set forth on the record on March 27, 2026.

2. Defendant shall serve revised responses to Plaintiff's interrogatories and document requests **within ten (10) days** of the date of this Order, as set forth on the record on March 27, 2026.

3. Defendant is granted leave to file a sur-reply brief, as set forth on the record on March 27, 2026, **within ten (10) days** of the date of this Order.

4. **Within ten (10) days of receipt** of Defendant's revised discovery responses and sur-reply brief, Plaintiff shall file a

letter addressing the arguments raised in Defendant's sur-reply as well as any issues that remain outstanding following Defendant's revisions to its discovery responses.

5. The Court will conduct a telephone status conference on **April 22, 2026 at 2:00 P.M.** Counsel shall utilize the following dial-in instructions for the conference: **1-856-210-8988 / 743 335 324#.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Karen M. Williams

2