# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNION HOME MORTGAGE CORP.,     )
                                 )
       Plaintiff,              )
                                 )  Case No.: 1:23−cv−21804−KMW−AMD
v.                             )
                                 )  Judge Karen M. Williams
EMM LOANS, LLC,             )
                                 )
       Defendant.           )

## JOINT NOTICE OF SETTLEMENT

Plaintiff Union Home Mortgage Corp. and Defendant EMM Loans, LLC, by their respective counsel, respectfully submit this Joint Notice of Settlement to advise the Court as follows:

1.     The parties have settled the above captioned matter in principle.

2.     The parties require 90 days from the date of this Notice to finalize the terms of the settlement agreement and to effectuate its terms. To that end, the parties request that the Court administratively close this matter or stay all proceedings, including all pending deadlines, for a period of 90 days to permit the parties to complete the settlement process.

3.     Within 10 days following the conclusion of the 90-day period, the parties intend to file a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own costs and attorneys' fees, unless otherwise agreed.

4.     In the unlikely event the settlement is not concluded as anticipated, the parties will promptly notify the Court and request a status conference to discuss further proceedings.

Dated: <u>July 1, 2026</u>.                                   Respectfully submitted,

**BARNES & THORNBURG LLP**                **SPECTOR GADON ROSEN VINCI P.C.**

<u>*/s/Marquis Whitney*                </u>        <u>*/s/ Zachary Charles Glaser (w/ permission)*  </u>
Marquis Whitney                           Zachary Charles Glaser
67 E. Park Place, Suite 1000              One Logan Square, Suite 1800
Morristown, NJ 07960                      130 N. 18TH Street
Tel.: 973-775-6122                        Philadelphia, PA 19103
mwhitney@btlaw.com                        Tel.: 215-241-8833
                                          zglaser@sgrvlaw.com

*Attorney for Union Home Mortgage Corp*

                                          *Attorney for EMM Loans, LLC*